# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAUDE WILEY, JR.,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:19-CV-19 |
| ) | |
| ) | |
| **MARK K. WILLIAMS,** ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This habeas action was received by the Clerk of Court on January 28, 2019, and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his petition for a writ of habeas corpus [ECF No. 1-2 at 1-15], Petitioner, who is a federal prisoner incarcerated at FCI McKean and serving a sentence imposed by the United States District Court for the Southern District of Indiana, claimed that he is being unconstitutionally detained by the United States. In his answer [ECF No. 6], Respondent contended that the petition must be dismissed. Petitioner did not file a reply.

On March 27, 2019, Magistrate Judge Lanzillo issued a Report and Recommendation [ECF No. 7] recommending that the Court dismiss the petition, Petitioner did not file objections.

After *de novo* review of all of the pleadings in this action, together with the report and recommendation, the following order is entered:

AND NOW, this 17th day of April, 2019;

IT IS ORDERED that the petition for a writ of habeas corpus is DISMISSED;

1

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on March 27, 2019 [ECF No. 7] is adopted as the opinion of the court.

IT IS FURTHER ORDERED the Clerk of Court shall mark this case CLOSED.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge